FILED
AUG 2 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ⚏⚏⚏⚏
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cr. No._____ |
| Plaintiff, | § | USAO No. 2005R03710 |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| JAMEL WASHINGTON, | § | Violations: 21 U.S.C. 841(a) |
| Defendant. | § | 18 U.S.C. 922(g)(1) |
| | § | 18 U.S.C. 924(c) |

A05 CR 170 LY

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Possession of a Controlled Substance with Intent to Distribute)**

On or about April 8, 2005, in the Western District of Texas, the defendant,

**JAMEL WASHINGTON,**

knowingly and intentionally possessed, with intent to distribute, approximately 18.70 grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

### COUNT TWO
**(Felon in Possession of a Firearm)**

On or about April 8, 2005, in the Austin Division of the Western District of Texas, the defendant,

**JAMEL WASHINGTON,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one



year, knowingly and unlawfully possessed, in and affecting interstate or foreign commerce, a firearm, namely, a Smith&Wesson .40 caliber handgun, Serial No. PAP0398, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
### (Carrying a Firearm During a Drug Trafficking Crime)

On or about April 8, 2005, in the Austin Division of the Western District of Texas, the defendant,

**JAMEL WASHINGTON,**

knowingly possessed a firearm, namely, a Smith&Wesson .40 caliber handgun, Serial No. PAP0398, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession, with intent to distribute, a controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

*unsigned copy*
FOREPERSON OF THE GRAND JURY

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

JOHNNY SUTTON
United States Attorney

By: _____
Ashley Chapman
Assistant United States Attorney